Briones-Madrid v. Millyrad et al                                                                                          Doc. 1
Case 1:06-cv-02584-LTB-MEH   Document 1   Filed 12/27/2006   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 7 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-02584 BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

CESAR BRIONES-MADRID,

    Applicant,

v.

WARDEN MILLYRAD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
GRANTING APPLICANT LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

    Applicant Cesar Briones-Madrid has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

Dockets.Justia.com

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 20th day of December, 2006.

BY THE COURT:

*[signature]*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-02584

Cesar Briones-Madrid
Reg. No. 120144
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment** to the above-named individuals on  12-27-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk