**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-02584-LTB-MEH

CESAR BRIONES-MADRID,

       Plaintiff,

v.

WARDEN MILLYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Without Prejudice to Exhaust State Remedies (Doc 12 - filed March 2, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED:  March 6, 2007